

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

MEMORANDUM ORDER ON MOTION TO RECUSE

Appellate case name:      Thomas Wayne Florence v. The State of Texas

Appellate case number:   01-11-00822-CR

Trial court case number:  10CR1217

Trial court:                    56th District Court of Galveston County

Date motion filed:           November 13, 2012

Party filing motion:         Appellant Thomas Florence

     It is **ordered** that "Appellant's Good Faith Objection to the Acting Individually Justice Keyes in the On Going Denial of Motions/TRAP 2 be Reconsidered" is denied.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                     Acting for the Court

The Court consists of: Chief Justice Radack and Justices Jennings, Higley, Bland, Sharp, Massengale, Brown, and Huddle.


Date: December 6, 2012